THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL J. DeFREITAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES TILLINGHAST, JENNIFER SIZEMORE, MSNBC Interactive News LLC, MSNBC Interactive News LLC d/b/a MSNBC and Does 1-5 Inclusive,<br><br>        Defendants. | No. 2:12-cv-235-JLR<br><br>DEFENDANT NBC UNIVERSAL'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>December 21, 2012 |

## I.    INTRODUCTION

Plaintiff failed to respond to Defendant NBC Universal (NBCU's) Motion for Protective Order (dkt. #37) and thus concedes that the Court should enter an order:

    (1) Fully relieving NBCU from providing any further response to Plaintiff's Requests For Production Nos. 3, 4, 16 and 18; and

    (2) Entering a protective order related to the treatment of Confidential documents such as sensitive non-party information (attached as Exhibit A to the Proposed Order).

## II.    ARGUMENT

A motion for protective order is noted for consideration the second Friday after filing. LCR 7(d)(2)(B). NBCU filed its Motion for Protective Order on Thursday, December 13, 2012, and noted it for consideration on Friday, December 21, 2012.

REPLY IN SUPPORT OF MOTION FOR
PROTECTIVE ORDER (No. 2:12-cv-235) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

LEGAL25435979.1

A party opposing a motion shall, within the time prescribed in LCR 7(d), file with the clerk, and serve on each party that has appeared in the action, a brief in opposition to the motion, together with any supporting material.  LCR 7(b)(2).  Any papers opposing a motion for protective order "shall be filed and received by the moving party no later than the Wednesday before the noting date."  LCR 7(d)(2).

As of Friday, December 21, 2012, Plaintiff has not filed with the court or served on Defendants any papers opposing Defendants' Motion for Protective Order.  Second Declaration of Chelsea Petersen in Support of Motion for Protective Order ¶ 2. Nor has Plaintiff offered any reason for his failure to file.  *Id*.  Plaintiff's failure to file any opposition to NBCU's Motion for Protective Order should be considered by the Court as an admission that NBCU's Motion for Protective Order has merit.  LCR 7(b)(2).

### III.   CONCLUSION

NBCU respectfully requests that the Court grant Defendant NBCU's Motion for Protective Order and enter an order: (1) fully relieving NBCU from providing any further response to Plaintiff's Requests For Production Nos. 3, 4, 16 and 18; and (2) entering the protective order attached as Exhibit A to the Proposed Order.

DATED:  December 21, 2012

By: s/ Valerie L. Hughes
By: s/ Chelsea Dwyer Petersen
Valerie L. Hughes, #11859
Chelsea Dwyer Petersen, #33787
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  VHughes@perkinscoie.com
CDPetersen@perkinscoie.com

Attorneys for Defendants Tillinghast, Sizemore and MSNBC Interactive News LLC

REPLY IN SUPPORT OF MOTION FOR
PROTECTIVE ORDER (No. 2:12-cv-235) – 2

LEGAL25435979.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

On December 21, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

| | |
|---|---|
| Artis C. Grant, Jr., WSBA # 26204 | _____ Via hand delivery |
| Grant & Associates | _____ Via U.S. Mail, 1st Class, Postage Prepaid |
| 3002 S. 47th Street | _____ Via Overnight Delivery |
| Tacoma, WA  98409 | _____ Via Facsimile |
| Phone:  (253) 472-6213 | _____ Via Email |
| Fax:  (253) 473-9695 | __X__ Via Electronic Filing |
| Attorney for Plaintiff | |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 21st day of December, 2012.

*s/ Chelsea Dwyer Petersen*
Chelsea D. Petersen, WSBA # 33787

CERTIFICATE OF SERVICE (No. 2:12-cv-235) – 1

LEGAL25435979.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000